IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.: 1:19CR514 |
| Plaintiff, | ) | |
| v. | ) | JUDGE SARA LIOI |
| | ) | |
| DYLAN NIBERT, | ) | MOTION TO CONTINUE |
| | ) | SENTENCING |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Scott Zarzycki, Assistant United States Attorney, and hereby moves this honorable Court for a continuance of the sentencing date set for February 5, 2020.

This matter was previously set for sentencing on January 7, 2020. Defense counsel requested, and the government did not oppose, a continuance on January 6, 2020. The sentencing was reset for February 5, 2020. The government has a trial set on February 5, 2020 that conflicts with this sentencing date. The government therefore requests a continuance of the sentencing for approximately one week. The government proposes the following dates:

- February 10, 2020 (morning)
- February 12, 2020 (afternoon)
- February 14, 2020 (all day)

This motion is not intended for purposes of delay but in the interests of justice.

For these reasons, the Government moves this honorable Court to continue the currently scheduled sentencing on February 5, 2020.

> Respectfully submitted,
>
> JUSTIN E. HERDMAN
> United States Attorney
>
> By:  /s/ Scott Zarzycki
> Scott Zarzycki (OH: 0072609)
> Assistant United States Attorney
> United States Court House
> 801 West Superior Avenue, Suite 400
> Cleveland, OH 44113
> (216) 622-33971
> (216) 522-7358 (facsimile)
> Scott.Zarzycki@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 31st day of January, 2020, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ Scott Zarzycki
Scott Zarzycki
Assistant U.S. Attorney